**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 23-7043**

_____

UNITED STATES OF AMERICA,

             Plaintiff - Appellee,

      v.

WILLIAM ELDRIDGE ASKEW III,

             Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  James C. Dever III, District Judge.  (5:14-cr-00023-D-2)

_____

Submitted:  June 13, 2024                                    Decided:  June 18, 2024

_____

Before NIEMEYER, WYNN, and HARRIS, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

William Eldridge Askew, III, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Eldridge Askew, III, appeals the district court's order dismissing his Fed. R. Crim. P. 36 motion.  We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order.  *United States v. Askew*, No. 5:14-cr-00023-D-2 (E.D.N.C. Sept. 29, 2023).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*